last will and testament of Mary D. Peck, deceased. No opinion. Decree of the Surrogate's Court of Queens county affirmed, with costs.

PENDERGAST, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Catharine A. Pendergast, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., not sitting.

PEOPLE, Respondent, v. BATTLEORA, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York against Genaro Battleora. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.

PEOPLE v. BELLING. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York against William H. Belling. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. BERG, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Proceeding by the People of the State of New York against Harry Berg.

PER CURIAM. Judgment of conviction of the Court of Special Sessions affirmed.

JENKS, P. J., dissents.

PEOPLE, Respondent, v. BERG, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Proceeding by the People of the State of New York against Ida Berg. C. B. Harris, of New York City, for appellant. R. C. Taylor, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. BERNSTEIN. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Proceeding by the People of the State of New York against Solomon Bernstein. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE, Respondent, v. BLAU et al., Appellants. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York against Philip Blau and another. J. A. Leve, of New York City, for appellants. S. L. Richter, of New York City, for the People. No opinion. Order affirmed. Order filed.

PEOPLE v. CAMPBELL. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Proceeding by the People of the State of New York against Patrick A. Campbell. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. CIRRIGIONE, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Proceeding by the People of the State of New York against Paul Cirrigione. No opinion. Motion granted.

PEOPLE, Respondent, v. COCUZZO, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Proceeding by the People of the State of New York against Rose Cocuzzo. No opinion. Motion denied, on condition that the appellant perfect her appeal within 10 days, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted.

PEOPLE, Respondent, v. DE JESU, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York against Philomeno De Jesu. No opinion. Judgment of conviction by the Court of Special Sessions affirmed by default.

PEOPLE, Respondent, v. DE VITO, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York against Michael De Vito. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.

PEOPLE v. DIORIO. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York against George Diorio. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. ELEFANTO, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Proceeding by the People of the State of New York against Giuseppe Elefanto.

PER CURIAM. Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered, upon the ground that the defendant was an ignorant and illiterate man, unable to speak the English language, and unaware at the time that he was being tried for the offense charged against him, and was unrepresented by counsel. See, also, 149 App. Div. 958, 133 N. Y. Supp. 1136.

PEOPLE, Respondent, v. ELLISON, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Proceeding by the People of the State of New York against James Ellison. G. G. Battle, of New York City,